**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| Eusebio Avila, *et al.*, <br><br>          Plaintiffs, <br><br> v. <br><br> Perdue Farms Inc., *et al.*, <br><br>          Defendants. | Civil Action No.:  1:19-cv-03018-SAG |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41 (a)(1)(A)(i)**

PLEASE TAKE NOTICE that Eusebio Avila and Ashley Scott, by their counsel, hereby voluntarily dismiss their individual claims against Defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Eusebio Avila and Ashley Scott reserve their rights as absent class members to share in any recovery in this case to which they would otherwise be entitled.

DATED:  January 27, 2020                    Respectfully submitted,


                                                                        */s/  Paul Mark Sandler*
                                                                        Paul Mark Sandler (Bar No. 00145)
                                                                        Eric R. Harlan (Bar No. 23492)
                                                                        **SHAPIRO SHER GUINOT & SANDLER, P.A.**
                                                                        250 West Pratt Street, Suite 2000
                                                                        Baltimore, Maryland 21201
                                                                        Tel: (410) 395-0202
                                                                        Fax: (410) 539-7611
                                                                        pms@shapirosher.com
                                                                        erh@shapirosher.com

>Lee Albert
>Gregory B. Linkh
>**GLANCY PRONGAY & MURRAY LLP**
>230 Park Avenue, Suite 530
>New York, NY 10169
>Telephone: (212) 682-5340
>Fax: (212) 884-0988
>lalbert@glancylaw.com
>glinkh@glancylaw.com
>
>John G. Emerson
>**EMERSON FIRM, PLLC**
>830 Apollo Lane
>Houston, TX 77058
>Tel: (800) 551-8649
>Fax: (501) 286-4659
>jemerson@emersonfirm.com
>
>*Attorneys for Plaintiffs Eusebio Avila and Ashley Scott*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Voluntary Dismissal without Prejudice was filed electronically on this day using the Court's ECF system and was thereby electronically served upon all counsel of record in this case.

>*/s/ Eric R. Harlan*
>Eric R. Harlan

2